UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY SHANNON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOMORROW ENERGY CORP., et al, )<br>)<br>Defendant ) | Court File No. 2:22-cv-00204<br><br>Judge Lisa Pupo Lenihan<br><br>ORDER |

Plaintiff Timothy Shannon ("Plaintiff") and Defendants Tomorrow Energy Corporation and Paul Keene (collectively, "Defendants") filed a motion for settlement approval in the above-mentioned matter. Based upon the files, records, and proceedings herein, and the Court being fully advised,

**IT IS HEREBY ORDERED** that:

1. Plaintiff Timothy Shannon and Defendants Tomorrow Energy Corp. and Paul Keene's motion for settlement approval is GRANTED;

2. Plaintiff's claims against Defendants Tomorrow Energy Corp. and Paul Keene are dismissed with prejudice;

3. Nothing in this Order affects Plaintiff's right or claims against Defendants King Ashton Marketing Services, LLC; Kendra King; or Nicholas Ashton.

Dated: 8/15/22

BY THE COURT:

_____
Judge Lisa Pupo Lenihan

1049127\311285683.v1